

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Eric Shakur Lavigne, Appellant

No. 06-23-00222-CR      v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 22-0336X). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by (1) deleting the entry under "Terms of Plea Bargain" that recites "OPEN PLEA TO COURT, JUDGE ASSESSED PUNISHMENT AT 8 YEARS TDCJ, CREDIT FOR TIME SERVED AND RUN CONSECUTIVE WITH 22-0056X," (2) deleting the "X" in the box beside "Terms of Plea Bargain are attached and incorporated herein by this reference," and (3) changing the spelling of the appellant's last name in the caption of the judgment adjudicating guilt from "Lavine" to "Lavigne." As modified, we affirm the judgment of the trial court.

We note that the appellant, Eric Shakur Lavigne, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 2, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk